# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cr-00175 |
| | ) | Judge Trauger |
| STEPHEN SHAWN FLOYD, II | ) | *EVIDENTIARY HEARING* |
| | ) | *REQUESTED* |

**MOTION OF DEFENDANT STEPHEN SHAWN FLOYD, II, TO SUPPRESS THE FRUITS OF AN UNCONSTITUTIONAL TRAFFIC STOP, SUBSEQUENT SEARCH, AND INTERROGATION CONDUCTED BY THE TENNESSEE HIGHWAY PATROL, AT THE REQUEST OF THE DRUG ENFORCEMENT ADMINISTRATION, ON I-40 EAST IN HICKMAN COUNTY, TENNESSEE, ON FEBRUARY 14, 2021**

**COMES NOW** the Defendant, **Stephen Shawn Floyd, II,** by and through his undersigned counsel, and pursuant to Fed.R.Crim.P. 12(b)(3) and the Fourth and Fifth Amendments to the United States Constitution, hereby moves the Court to suppress: (1) the fruits of the warrantless February 14, 2021 traffic stop and subsequent search conducted by the Tennessee Highway Patrol, at the request of the Drug Enforcement Administration, on I-40 East in Hickman County, Tennessee; (2) all testimony of State and federal law enforcement personnel relating to observations made by them while engaged in said stop and search; (3) any statements made by Defendant Stephen Floyd to law enforcement during the stop and the subsequent search; and, (4) any evidence obtained as a result of said stop and subsequent search.

The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law. In further support of this motion, the following *Attachments* are filed and annexed hereto:

> *Attachment 1* – Hickman County General Sessions Court, Complaint and Warrant, issued by Cindy Bowman, Hickman County Judicial Commissioner, on February 14, 2021;
>
> *Attachment 2* – Transcript of *Preliminary Hearing* in *State of Tennessee v. Stephen Floyd and Andrew Abernathy,* conducted before Judge Amy Puckett in the General Sessions Court for Hickman County, Tennessee, on June 22, 2021; and,
>
> *Attachment 3* – *Tennessee Electronic Crime Report* prepared by THP Trooper Baron Cooper

relating to the challenged February 14, 2021 traffic stop and subsequent search.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
(615) 244-2770
pstrianse@tewlawfirm.com


BY: s/ Peter J. Strianse
    PETER J. STRIANSE
    Attorney for Defendant Floyd

LEVITT AND LEVITT
312 Vine Street
Chattanooga, TN 37403
(423) 266-7555
lloyd.levitt@gmail.com

BY: s/ Lloyd A. Levitt
    LLOYD A. LEVITT
    Attorney for Defendant Floyd


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

Robert E. McGuire
Assistant United States Attorney
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203

This 23rd day of June, 2023

S/Peter J. Strianse
PETER J. STRIANSE