REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-175

## UNITED STATES OF AMERICA
V.

Judge: TRAUGER

Hearing Date: 8/21/2023

Location: ☒ Nashville ☐ Columbia ☐ Cookeville

STEPHEN SHAWN FLOYD, II, ET AL.

Court Reporter: Debbie Watson

Court Interpreter:

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Rob McGuire

Defense Attorney(s): P.Strianse, L.Levitt, T.Williams, W.Conway, E.Herbert

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Status conference held with counsel. Jury trial will remain set on September 12, 2023 for defendant #1. Agreements have been reached with defendant #s2-4.

Total Time in Court: 4 mins per defendant

Clerk of Court by: Katheryn Beasley